| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **NGM MANAGEMENT GROUP LLC** |
| United States Bankruptcy Court for the: | **SOUTHERN DISTRICT OF NEW YORK** |
| Case number (if known): | |

☐ Check if this is an amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders                                                                                           12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **151Eighth Stone LP c/o Stone Street Properties 148 Madison Avenue, 5th Fl New York, NY 10016** | | | Unliquidated | | | $34,617.00 |
| **Admiral Linen 112 Hudson Street Copiague, NY 11726** | | | Unliquidated | | | $975.25 |
| **Arista Coffee Inc 59-01 55TH STREET Maspeth, NY 11378** | | | Unliquidated | | | $1,009.80 |
| **Baldor Specialty Foods, Inc 155 FOOD CENTER DR Bronx, NY 10474** | | | Unliquidated | | | $4,067.94 |
| **Bareburger Group, LLC 35-37 36th Street, 4th Fl Astoria, NY 11106** | | Royalties, Branding & Management Fees to Franchisor | Contingent Unliquidated Disputed Subject to Setoff | | | $33,215.09 |
| **Columbus Village LLC 795 Columbus Avenue New York, NY 10025** | | | Unliquidated | | | $19,000.00 |
| **Consolidated Edison of NY 4 Irving Place New York, NY 10003** | | | Unliquidated | | | $3,138.47 |
| **G&V Mechanical Inc 2355 31st Street Astoria, NY 11105** | | | Unliquidated | | | $1,500.00 |

Debtor **NGM MANAGEMENT GROUP LLC**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Hector Mora et al c/o Lee Litigation Group LLC**<br>**30 East 39th St 2d Fl**<br>**New York, NY 10016** | | **Settlement of Claim for Underpayment of Minimum Wages caused by Bareburger Group LLC while operating restaurant** | **Unliquidated** | | | $134,000.00 |
| **Imperial Bag & Paper Co, LLC**<br>**255 ROUTE 1 AND 9 JERSEY CITY**<br>**Jersey City, NJ 07306** | | | **Unliquidated** | | | $2,579.71 |
| **Kypros Mechanical Corp.**<br>**18-08 25th Road**<br>**Astoria, NY 11102** | | | **Unliquidated** | | | $2,200.00 |
| **Leo Mechanical & HVAC**<br>**21-44 45th Street**<br>**Astoria, NY 11105** | | | **Unliquidated** | | | $1,705.00 |
| **NYS Dept. Taxation & Finance**<br>**Bankruptcy/Special Procedures**<br>**P.O. Box 5300**<br>**Albany, NY 12205-0300** | | **New York State Sales and Witholding Taxes, Interest and Penalties** | **Contingent Unliquidated Disputed** | | | $70,556.36 |
| **Pat LaFrieda Meat**<br>**3701 Tonnelle Ave**<br>**North Bergen, NJ 07047** | | | **Unliquidated** | | | $14,504.00 |
| **Recycle Track Systems, Inc.**<br>**435 Hudson Street 4th Floor**<br>**New York, NY 10014** | | | **Unliquidated** | | | $794.70 |
| **Relay Delivery, Inc.**<br>**4 East 27th Street #20388**<br>**New York, NY 10001** | | | **Unliquidated** | | | $5,700.31 |
| **ShelterPoint Life Insurance Co**<br>**1225 Franklin Avenue #475**<br>**Garden City, NY 11530** | | | **Unliquidated** | | | $863.59 |

Official form 204  Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims  page 2

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com  Best Case Bankruptcy

Debtor **NGM MANAGEMENT GROUP LLC**  
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Sysco Corporation**<br>**1390 ENCLAVE PARKWAY**<br>**Houston, TX 77077** | | | Unliquidated | | | $58,560.12 |
| **Unitech Designs Inc.**<br>**15-25 132nd Street**<br>**College Point, NY 11356-2441** | | | Unliquidated | | | $5,942.00 |
| **United Kitchen & Ventilation LLC**<br>**1579A Bushwick Avenue**<br>**Brooklyn, NY 11207** | | | Unliquidated | | | $886.00 |